# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149854(85)

VIRGINIA DIANE HASKELL,
      Plaintiff/Counter-
      Defendant-Appellee,

v

PAUL P. TUROWSKI and SHARON L.
TUROWSKI,
      Defendants/Counter-
      Plaintiffs/Third-Party
      Plaintiffs/Cross Defendants-
      Appellants,

and

NEWAYGO COUNTY ROAD COMMISSION,
      Defendant,

v

JOSEPH SELLA,
      Third-Party Defendant/
      Cross Plaintiff-Appellee.

SC: 149854
COA: 314043
Newaygo CC: 11-019670-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

d0518